```
                                                    FILED
                                                    OCT  3 2013
                                                    RICHARD W. WIEKING
                                                    CLERK U.S. DISTRICT COURT,
                                                    NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CARLOS KINKEADE, | No. C 13-3920 LB |
| Plaintiff, | **ORDER GRANTING *IN FORMA PAUPERIS* APPLICATION** |
| v. | [Re: ECF No. 2] |
| C. LEE, M.D.; et al., | |
| Defendants. | |

Plaintiff's application to proceed *in forma pauperis* is GRANTED. ECF No. 2. The total filing fee due is $350.00. The initial partial filing fee due for the plaintiff at this time is **$0.00** (zero dollars), due to the apparent lack of funds in his trust account at this time. The clerk shall send a copy of this order and the attached instructions to the plaintiff, the prison trust account office, and the court's financial office.

**IT IS SO ORDERED.**

Dated: October 7, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 13-3920 LB
ORDER

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action *in forma pauperis* in this court and owes to the court a filing fee. Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

   The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee. This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

   Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00). The prison trust account office should continue to do this until the filing fee has been paid in full.

If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case. The trust account office should make the monthly calculations and payments for each case in which it receives an order granting *in forma pauperis* and these instructions.

**The prisoner's name and case number must be noted on each remittance.** The initial partial filing fee is due within thirty days of the date of the attached order. Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc: Plaintiff
    Finance Office

C 13-3920 LB
ORDER

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARLOS KINKEADE,

        Plaintiff,

v.

DR C LEE et al,

        Defendant.
_____/

Case Number: CV13-03920 LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Kinkeade D-94340
KERN VALLEY STATE PRISON (5102)
California Medical Facility
P.O. BOX 5102
DELANO, CA 93216

Attorney General's Office
455 Golden Gate Avenue
San Francisco, CA 94102

Dated: October 3, 2013

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk